■ In the Matter of EDWARD S. SILVER, as District Attorney of the County of Kings, Petitioner, against HOWARD A. LUBITZ, an Attorney, Respondent.— Motion by respondent to confirm the report of the Official Referee and to dismiss the proceeding. Motion granted to the extent of confirming the report in all respects except as to the recommendation of a censure with respect to the first charge in the petition. On such charge the respondent is suspended from the practice of the law for a period of two years. Ughetta, Christ, Pette and Brennan, JJ., concur; Beldock, Acting P. J., dissents and votes to deny the motion, to disaffirm the report, and to disbar respondent, with the following memorandum: Based upon the proof before the learned Referee, it is my opinion that respondent's guilt was established with respect to the three charges, and that he lacks the requisite character and fitness to remain a member of the bar.

■ In the Matter of JAMES R. MCELROY, Petitioner, against WILLIAM J. MCANDREWS et al., Constituting the Board of Police Commissioners of the Village of Hastings-on-Hudson, Respondents.— Motion to dismiss the petition on the ground that it fails to state facts sufficient to constitute grounds for the relief sought (Civ. Prac. Act, § 1293). Motion denied, without costs. Respondents may, if so advised, serve and file an answer within 10 days after service of a copy of the order to be entered hereon with notice of entry. Although the motion has been accepted for determination, it should have been made and determined at the Special Term. We do not approve the practice of transferring a proceeding pursuant to article 78 of the Civil Practice Act, including a motion such as this, to the Appellate Division, prior to the raising of issues by answer to the petition. (See Civ. Prac. Act, § 1296, 1st unnumbered par. following subd. 7.) Present — Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ.

■ AUDREY PROPP et al., Respondents, v. BENNETT ROTHENBERG, Appellant, et al., Defendant.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ.

■ MICHAEL ROFRANO, Respondent, v. EDWARD DUFFY, Appellant.— Motion to include provisions for restitution in the judgment to be entered on this court's order of modification entered on appeal from so much of an order entered April 3, 1959 as denied appellant's motion for summary judgment dismissing the amended complaint (*Rofrano* v. *Duffy*, 9 A D 2d 957). Motion denied, without costs. (See *Rofrano* v. *Duffy*, 10 A D 2d 852.) Present — Nolan, P. J., Ughetta, Kleinfeld, Pette and Brennan, JJ.

■ MICHAEL ROFRANO, Respondent, v. EDWARD DUFFY, Appellant.— On the court's own motion, the decision handed down December 31, 1959 is amended by adding after the words " Judgment reversed, without costs, order vacated and motion denied." the words " Respondent is directed, pursuant to section 587 of the Civil Practice Act, to make restitution to appellant of $825.10 with interest thereon at 6% from the date the Sheriff of Westchester County originally satisfied the judgment." Present — Nolan, P. J., Ughetta, Kleinfeld, Pette and Brennan, JJ.